IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Maxient, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:14-cv-1184 |
| v. ) | (AJT/IDD) |
| ) | |
| Symplicity Corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF RULE 41(a) DISMISSAL WITHOUT PREJUDICE

Plaintiff Maxient, LLC ("Plaintiff" or "Maxient"), by and through its undersigned counsel, submits this Notice of Dismissal Without Prejudice ("Notice of Dismissal") pursuant to Federal Rule of Civil Procedure 41(a).

On October 23, 2014, the Court entered a Memorandum Opinion and accompanying Order (Dkt. Nos. 28 & 29) granting in part and denying in part Plaintiff's Motion to Remand to State Court (Dkt. No. 16). In the Order, the Court remanded certain claims to the Circuit Court for Arlington County, Virginia. However, the Court ruled that Plaintiff's claim under Va. Code §18.2-152.4(6) (trespass) set forth in Count III and the portion of Count II's claim for conversion under Va. Code § 18.2-152.3(3) are preempted by the Copyright Act.[1] The Court then set November 7, 2014, as the deadline for the Defendants to answer, move, or otherwise respond to the preempted claims.

Pursuant to Rule 41(a), Plaintiff hereby dismisses without prejudice the claims or portion of claims that the Court ruled were preempted and that were not remanded to State court.

---

[1] The Court ruled that the remaining portion of Count II for false pretenses brought under Va. Code § 18.2-152.3(1) was not preempted and, accordingly, was remanded to State court.

So ordered
11/5/14

Anthony J. Trenga
United States District Judge

Because Plaintiff is voluntarily dismissing Count III (trespass) and the portion of Count II (conversion) prior to the November 7, 2014, deadline for Defendants to respond to the Complaint, each side should bear its own attorney's fees and costs and this case should be dismissed without prejudice.

DATED: November 3, 2014

Respectfully submitted,

MAXIENT, LLC
By counsel,

/s/
Bernard J. DiMuro, Esq. (VSB # 18784)
Stephen L. Neal, Jr., Esq. (VSB #87064)
M. Jarrad Wright, Esq. (VSB #68814)
Taylor S. Chapman, Esq. (VSB # 81968)
*Counsel for Plaintiff Maxient LLC*
DIMUROGINSBERG, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
sneal@dimuro.com; mjwright@dimuro.com;
tchapman@dimuro.com.

William M. Parrish, Esq. (admitted *pro hac vice*)
John D. Saba, Esq. (admitted *pro hac vice*)
Gabriel Gervey, Esq. (admitted *pro hac vice*)
*Of-Counsel for Plaintiff Maxient, LLC*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
E-mails: bparrish@dpelaw.com; jsaba@dplaw.com;
ggervey@dpelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2014, a true and accurate copy of the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notice of electronic filing upon the following counsel of record:

David W. O'Brien, Esq.
Daniel T. Campbell, Esq.
Aryeh Portnoy, Esq.
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2850
Facsimile: (202) 628-5116
E-mails: dobrien@crowell.com; dcampbell@crowell.com; aportnoy@crowel.com.

*Counsel for Defendants*

                                                 /s/
                                Bernard J. DiMuro, Esq. (VSB # 18784)
                                Stephen L. Neal, Jr., Esq. (VSB #87064)
                                M. Jarrad Wright, Esq. (VSB #68814)
                                Taylor S. Chapman, Esq. (VSB # 81968)
                                *Counsel for Plaintiff Maxient LLC*
                                **DIMUROGINSBERG, PC**
                                1101 King Street, Suite 610
                                Alexandria, Virginia 23314
                                Telephone: (703) 684-4333
                                Facsimile: (703) 548-3181
                                E-mails: bdimuro@dimuro.com;
                                sneal@dimuro.com;
                                mjwright@dimuro.com;
                                tchapman@dimuro.com.